IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/ | No. C 05-01699 CRB |
| This document relates to: WALLACE JACKSON and ESPERNOLA JACKSON,       Plaintiffs,   v. PFIZER INC., et al.,       Defendants.       Nos. 06-7573 CRB / 06-7574 CRB _____/ | **ORDER** |

    As it appears that 06-7574 CRB is an exact duplicate of 06-7573 CRB, 06-7574 CRB is DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated: Dec. 19, 2006

/s/ EB

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre06-7574.wpd