**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10    IN RE: BEXTRA AND CELEBREX
      MARKETING AND SALES PRACTICES
11    AND PRODUCT LIABILITY LITIGATION          No. C 05-01699 CRB
      _____/
12
      This document relates to:
13                                               **ORDER VACATING DISMISSAL**
      WALLACE JACKSON,
14
                   Plaintiff,
15
        v.
16
      PFIZER INC., et al.,
17
                   Defendants.
18                     No. 06-7574 CRB
      ‑_____/
19

20

21          The Order of December 19, 2006 dismissing this action as a duplicate is VACATED;

22    06-7574 CRB is restored to the Court's docket.

23          **IT IS SO ORDERED.**

24    Dated: Feb. 13, 2007                      _____/s/_____
                                                CHARLES  R. BREYER
25                                              UNITED STATES DISTRICT JUDGE

26

27

28

      G:\CRBALL\2005\1699\dismissalorders\ordervacatingdismissal06-7574.wpd

                                                                                            Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\ordervacatingdismissal06-7574.wpd